877 A.2d 1176

IN THE MATTER OF STEVEN T. MULLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 270041971).

May 24, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–382, concluding that **STEVEN T. MULLER** of **BERGENFIELD**, who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 1.5(b) (failure to set forth in writing the basis or rate of fee), and good cause appearing;

It is ORDERED that **STEVEN T. MULLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.